# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOYLE, an individual, and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>SCI DIRECT, INC.; and DOES 1 through 50, inclusive.<br><br>Defendants | Case Number: 2:18-cv-05859-ODW-JEM<br><br>**ORDER LIFTING STAY AND FURTHER PROCEEDINGS** |

Having reviewed and considered the Parties' Joint Status Report (ECF No. 18), IT IS HEREBY ORDERED:

1) The stay in this matter is lifted;

2) The parties are ordered to **SHOW CAUSE** by **December 17, 2018,** why this matter should not be consolidated with *Nicole Romano et al. v. SCI Direct Inc.*, Case No. 2:17-cv-03547 for all further proceedings including disposition. The Order to Show Cause may be discharged upon a filing of a stipulation to consolidate, motion to consolidate, or joint report why consolidation is not warranted; and

3) All pending deadlines and motions are hereby vacated, including Defendant's Motion to Remand (ECF No. 13), which is **DENIED AS MOOT** pursuant to the Parties' Joint Status Report.

IT IS SO ORDERED.

Dated: November 21, 2018

_____
Hon. Otis D. Wright II
United States District Judge