UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:18-cv-05859-ODW-(JEMx) | Date | September 28, 2020 |
|---|---|---|---|
| Title | *James Doyle v. SCI Direct, Inc., et al* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**   **In Chambers**

This action was consolidated in its entirety with lead case *Nicole Romano et al. v. SCI Direct Inc.*, case number 2:17-cv-03537-ODW-JEM ("Romano"). On November 20, 2019, final judgment was entered in *Romano*, and that matter was closed. Accordingly, the Clerk of the Court is directed to close this case, as well.

**IT IS SO ORDERED.**

                                                                                          :   00

Initials of Preparer   SE